UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeff Nelson, | No. 2:22-cv-01619-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| City of Fairfield, | |
| Defendant. | |

Plaintiff Jeff Nelson, who is represented by counsel, recently filed a civil rights complaint alleging police used unnecessary force in response to his 911 call for police to help his son. *See* Compl. ¶¶ 7–9, ECF No. 1.  He now applies to proceed *in forma pauperis* (IFP).

"[A] plaintiff may commence an action without paying the filing fees where she submits an affidavit stating that she lacks sufficient funds and where her suit is not frivolous or malicious." *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015).  It is not necessary to prove absolute destitution. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). The applicant must include enough information in the affidavit to show that the applicant cannot "pay the court costs and still afford the necessities of life." *Escobedo*, 787 F.3d at 1234.

Nelson states in his application that he is not employed and that he has income of $2,000 per month from "social security" and "welfare."  App. at 1, ECF No. 2.  He has no funds in cash or bank accounts and no other valuable assets. *Id.* at 2.  He pays $1,500 per month for housing

and utilities. *Id.* He also states that he owes "2,000 in restitution," but he does not describe that debt any further, so the court has not taken it into account. *See id.*

    Nelson's income leaves him at most $500 per month to pay for the necessities of life after housing and utilities. If he were required to pay the filing fee, he would be left with only $150 for everything from food to transportation, and he has no savings or other assets to fall back upon. His affidavit is sufficient, and the court cannot conclude his complaint is frivolous or malicious, so his application to proceed IFP (ECF No. 2) is **granted**.

    IT IS SO ORDERED.

DATED: October 18, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2