1  PATRICK MORIARTY, State Bar No. 213185
   pmoriarty@cmtrlaw.com
2  JOHN B. ROBINSON, State Bar No. 297065
   jrobinson@cmtrlaw.com
3  CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
   75 Southgate Avenue
4  Daly City, CA  94015
   Telephone:     (415) 213-4098
5
   Attorneys for Defendant
6  CITY OF FAIRFIELD

7                    UNITED STATES DISTRICT COURT
8                    EASTERN DISTRICT OF CALIFORNIA
9

10 | JEFF NELSON,                          | Case No. 2:22-CV-01619-KJM-DB
11 |           Plaintiff,                  | **STIPULATION TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADING**
12 |    v.                                 |
13 | CITY OF FAIRFIELD, and DOES 1-25;     | Trial:   None Set
14 |           Defendants.                 |

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

                              1     STIPULATON TO CONTINUE RESPONSE
                                    DEADLINE [PROPOSED ORDER]
                                    CASE NO. 2:22-CV-01619-KJM-DB

JEFF NELSON ("Plaintiff") filed a Complaint in the United States District Court East District of California on September 15, 2022. (ECF No. 1). The Complaint alleged three separate federal causes of action against THE CITY OF FAIRFIELD ("City"). Plaintiff served the City on November 23, 2022. The City's responsive pleading is due December 14, 2022.

The parties have met and conferred. The parties agreed to extend the City's responsive pleading deadline by two months (February 18, 2023). The parties are discussing a potential dismissal of the *Monell* claim, as well as Plaintiff's intent to file an amended complaint naming the individual City officials allegedly involved in the incident as defendants.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff JEFF NELSON ("Plaintiff") and Defendant CITY OF FAIRFIELD, by and through their respective attorneys of record, hereby stipulate and agree that Plaintiff solely dismisses his Third Cause of Action (*Monell*) against the CITY OF FAIRFIELD, with prejudice, and with each party to bear his/its own costs and fees in connection with this action.

Respectfully submitted,

Dated: January 3, 2023            LAW OFFICE OF STANLEY GOFF

By: __/s/ Stanley Goff__
STANLEY GOFF
Attorneys for Plaintiff
JEFF NELSON

Dated: January 3, 2023            CASTILLO MORIARTY TRAN & ROBINSON

By: __/s/ John Robinson__
PATRICK MORIARTY
JOHN B. ROBINSON
Attorneys for Defendant
CITY OF FAIRFIELD

**ORDER**

The deadline for Defendant CITY OF FAIRFIELD to file a responsive pleading to the operative Complaint (ECF No. 1) is February 18, 2023.

IT IS SO ORDERED.

DATED: January 13, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE