STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF NELSON<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD AND DOES 1-50<br><br>    Defendants. | CASE NO.: **2:22-CV-01619-KJM-DB**<br><br>**STIPULATED REQUEST FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT; ORDER** |

WHEREAS, at a meet and confer amongst the Parties in this case, Plaintiff's counsel indicated his desire to file a Second Amended Complaint to add a successor in interest for Plaintiff, Jeff Nelson, who passed away approximately five months ago in February 2024.

WHEREAS, following the meet and confer amongst the Parties in this case, and by way of this filing, Defendants provide their written consent to amend pursuant to Federal Rule of Civil Procedure 15(a)(2), and file a Second Amended Complaint to add a successor in interest for now decedent Plaintiff, Jeff Nelson.

WHEREAS, the Parties in this case recognize that federal subject matter jurisdiction cannot be created by stipulation (*Holman v. Laulo-Rowe Agency*, 994 F.2d 666, 668 n.1 (9th Cir. 1993)), nothing by this filing should constitute any waiver by the Parties to Plaintiff's burden to establish standing or Defendants' ability to challenge standing or any other deficiency in the Second Amended Complaint.

1

THEREFORE, Plaintiff and Defendants STIPULATE that Plaintiff has consent of the Parties in this case to amend the complaint, and request leave of the Court to allow Plaintiff to file a Second Amended Complaint.

Dated: July 24, 2024

                Law Office of Stanley Goff

                /s/ *Stanley Goff*
                    Stanley Goff
                    Attorney for Plaintiff

Dated: July 24, 2024

                LAW OFFICE OF CASTILLO, MORIARTY, TRAN & ROBINSON

                /s/ *Edward Vieira-Ducey*

                PATRICK MORIARTY
                JOHN B. ROBINSON

## ORDER

Plaintiff will have 14 days from the date of this ORDER to file a Second Amended Complaint.

IT IS SO ORDERED.

Dated: July 25, 2024                                  /s/ Daniel J. Calabretta
                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                  UNITED STATES DISTRICT JUDGE