PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, TRAN & ROBINSON, LLP
75 Southgate Avenue
Daly City, CA  94015
Telephone:      (415) 213-4098

Attorneys for Defendant
CITY OF FAIRFIELD


STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff Eric Nelson, as successor-in-interest to his father Decedent Jeff Nelson<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, and DOES 1-25;<br><br>Defendants. | Case No. 2:22-CV-01619-DJC-SCR<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT BRENDAN BASSI AND REGARDING DEFENDANT OFFICERS' WAIVER OF SERVICE**<br><br>Trial:   None Set |

///

///

///

///

///

PLEASE TAKE NOTICE THAT IT IS HEREBY STIPULATED by and between Plaintiff Eric Nelson, as successor-in-interest to his father Decedent Jeff Nelson ("Plaintiff"), and Defendants CITY OF FAIRFIELD, Adams, Arroyo, Barker, Bassi, Chapman, and Machado. ("Defendants"), by and through their respective attorneys of record, that:

WHEREAS, Defendant BRENDAN BASSI only be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).  The parties are responsible for their own costs and attorney's fees.

WHEREAS, Defendant Officers Adams, Arroyo, Barker, Chapman, and Machado agree to waive formal service of the Summons and Complaint pursuant to Rule 4(d) of the Federal Rules of Civil Procedure;

WHEREAS, Plaintiff agrees that upon the dismissal of Defendant Brendan Bassi from this action, the remaining Defendants, Officers Adams, Arroyo, Barker, Chapman, and Machado shall have seven (7) days from the date of such dismissal to file their Answer to the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Eric Nelson, as successor-in-interest to his father Decedent Jeff Nelson ("Plaintiff"), and Defendants CITY OF FAIRFIELD, Adams, Arroyo, Barker, Bassi, Chapman, and Machado. ("Defendants"), by and through their respective attorneys of record, that:

1. The above-captioned action be dismissed with prejudice as to Defendant BRENDAN BASSI only pursuant to Fed. R. Civ. P. 41(a).  The parties are responsible for their own costs and attorney's fees.

2. Defendant Officers Adams, Arroyo, Barker, Chapman, and Machado hereby waive formal service of the Summons and Complaint in this action.

3. The remaining Defendant Officers Adams, Arroyo, Barker, Chapman, and Machado shall file their Answer within seven (7) days of the date of dismissal of Defendant Officer Bassi.

1  IT IS SO STIPULATED.

Respectfully submitted,

Dated: September 2, 2024                LAW OFFICE OF STANLEY GOFF

By: __/s/ *Stanley Goff*__
    STANLEY GOFF
    Attorney for Plaintiff
    ERIC NELSON

Dated: September 2, 2024                CASTILLO MORIARTY TRAN & ROBINSON

By: __/s/ *Patrick Moriarty*__
    PATRICK MORIARTY
    JOHN B. ROBINSON
    Attorneys for Defendant
    CITY OF FAIRFIELD

## **ORDER**

GOOD CAUSE SHOWING, the Stipulation is GRANTED.

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice as to Defendant BRENDAN BASSI only, with each party to bear its own costs and attorney's fees.

Defendant Officers Adams, Arroyo, Barker, Chapman, and Machado shall file their Answer within seven (7) days of the date this order.

IT IS SO ORDERED.

Dated: September 3, 2024                /s/ Daniel J. Calabretta
    THE HONORABLE DANIEL J. CALABRETTA
    UNITED STATES DISTRICT JUDGE