PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, CA  94015
Telephone:      (415) 213-4098

Attorneys for Defendant
CITY OF FAIRFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF ERIC NELSON, as Successor-in-interest to his father, Decedent, JEFF NELSON,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FAIRFIELD, and DOES 1-50;<br><br>　　　　　　　　Defendants. | Case No. 2:22-CV-01619-DJC-SCR<br><br>**PARTIES' STIPULATION AND REQUEST TO VACATE SETTLEMENT CONFERENCE**<br><br>Hon. Daniel J. Calabretta<br><br>Trial:    None Set |

　　　　Pursuant to the Court's Minute Order issued on November 19, 2024 (ECF No. 47), this matter was referred to Magistrate Judge Jeremy D. Peterson for settlement proceedings.

　　　　On March 27, 2025, Magistrate Judge Peterson scheduled a settlement conference for June 25, 2025, at 10:00 a.m. (ECF No. 48).

　　The parties, through their respective counsel of record, hereby stipulate and jointly request that the Court vacate the currently scheduled settlement conference. In support of this request, the parties state as follows:

1. The case is not yet ripe for settlement proceedings.
2. The parties require additional time to conduct further discovery that is essential to evaluating the claims and defenses in this matter.

3. One or more parties anticipate filing dispositive motions, the resolution of which may significantly impact the viability and value of the claims at issue.

In light of the above, the parties believe that a settlement conference at this stage would not be productive. The parties respectfully request that the June 25, 2025 settlement conference be vacated, with the understanding that they will revisit settlement at a more appropriate stage of the case.

IT IS SO STIPULATED.

Dated:  April 11, 2025                CASTILLO MORIARTY ROBINSON, LLP

By:  /s/ *Patrick Moriarty*
PATRICK MORIARTY
JOHN B. ROBINSON
Attorneys for Defendant
CITY OF FAIRFIELD

Respectfully submitted,

Dated:  April 11, 2025                LAW OFFICE OF STANLEY GOFF

By:  /s/ *Stanley Goff*
STANLEY GOFF
Attorneys for Plaintiff
ERIC NELSON

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation and good cause appearing, the Court hereby VACATES the settlement conference currently scheduled for June 25, 2025, at 10:00 a.m. before Magistrate Judge Jeremy D. Peterson.

The parties may contact the Court to reschedule the settlement conference at a later date, should they determine that settlement proceedings would be productive.

IT IS SO ORDERED.

Dated: April 11, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE