PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, CA  94015
Telephone:      (415) 213-4098

Attorneys for Defendant
CITY OF FAIRFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF ERIC NELSON, as Successor-in-interest to his father, Decedent, JEFF NELSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, and DOES 1-50;<br><br>Defendants. | Case No. 2:22-CV-01619-DJC-SCR<br><br>**STIPULATION AND ORDER FOR VIRTUAL APPEARANCE AT PRETRIAL CONFERENCE**<br><br>Hon. Daniel J. Calabretta<br><br>Pre-Trial Conference: May 21, 2026<br>Trial:      July 20, 2026 |

Plaintiff and Defendants, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Pretrial Conference is scheduled for May 21, 2026, at 1:30 p.m., before the Honorable Daniel J. Calabretta;

WHEREAS, pursuant to the Court's Standing Order and procedures governing appearances, the parties respectfully request leave for counsel to appear remotely via the Court's videoconference platform;

WHEREAS, counsel for the parties are located outside the Sacramento division and would incur unnecessary travel time and expense to appear in person for this conference;

WHEREAS, all parties agree to this request, will be fully prepared to address all matters set for the Pretrial Conference, and no party will be prejudiced by a remote appearance;

CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

1

STIPULATION FOR VIRTUAL
APPEARANCE AT PTC
2:22-CV-01619-DJC-SCR

IT IS HEREBY STIPULATED, subject to the Court's approval, as follows:

1.      Counsel for all parties may appear remotely via videoconference at the Pretrial Conference scheduled for May 21, 2026, at 1:30 p.m.;

2.      The parties will comply with all procedures and instructions issued by the Court regarding remote appearances.

IT IS SO STIPULATED.

Dated:  April 29, 2026                    CASTILLO MORIARTY ROBINSON, LLP


By:   /s/ *Patrick Moriarty*
        PATRICK MORIARTY
        JOHN B. ROBINSON
        Attorneys for Defendant
        CITY OF FAIRFIELD


Dated:  April 29, 2026                    LAW OFFICE OF STANLEY GOFF


By:   /s/ *Stanley Goff*
        STANLEY GOFF
        Attorneys for Plaintiff
        ERIC NELSON


**ORDER**

Pursuant to the parties' stipulation and good cause appearing, and consistent with the Court's Standing Order, IT IS HEREBY ORDERED the Pretrial Conference scheduled for May 21, 2026, at 1:30 p.m., is VACATED and RESET to May 28, 2026, at 1:30 p.m., via videoconference, before the Honorable Daniel J. Calabretta. Counsel for all parties may appear remotely via videoconference at the May 28, 2026 hearing.


Dated:  April 30, 2026              /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE

CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015