STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff


PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, CA  94015
Telephone:      (415) 213-4098

Attorneys for Defendant
CITY OF FAIRFIELD, CHAPMAN, MACHADO

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF ERIC NELSON, as Successor-in-interest to his father, Decedent, JEFF NELSON,<br><br>           Plaintiff,<br><br>v.<br><br><br>CITY OF FAIRFIELD, and DOES 1-50<br><br>           Defendants. | **Case No: 2:22-CV-01619-DJC-SCR**<br><br>**STIPULATION TO APPEAR REMOTELY FOR SETTLEMENT CONFERENCE**<br><br>Date: June 23, 2026<br>Time: 10:00 a.m.<br>Courtroom: 9, 13th Floor<br>Hon. Magistrate Jeremy Peterson<br><br>Trial: November 2, 2026 |

1

IT IS HEREBY STIPULATED by and between Plaintiff ("Plaintiff") and Defendants, referred to collectively as the "Parties," by and through their designated counsel, that:

WHEREAS Plaintiff's counsel who is based out of San Francisco, was shot, leading to his leg being amputated.

WHEREAS Plaintiff's counsel is currently confined to a wheelchair and unable to drive. Plaintiff's counsel has not been able to secure an assistant to get him to the federal court building in Sacramento and into the Courtroom where the settlement conference is to be conducted.

WHEREAS Plaintiff is currently outside the State of California and it would be a financial hardship to travel to the city of Sacramento where the settlement conference is to be conducted.

WHEREAS the parties have met and conferred regarding the Plaintiff and his counsel having challenges appearing in person for the scheduled settlement conference.

NOW THEREFORE, the Parties, through their undersigned counsel below, hereby stipulate and agree:

1. That the parties will appear remotely for the settlement conference scheduled to take place on June 23, 2026.

Respectfully submitted,

LAW OFFICE OF STANLEY GOFF

DATED:  June 16, 2026

/s/  Stanley Goff
STANLEY GOFF
Attorney for Plaintiff

DATED: June 16, 2026

CASTILLO, MORIARTY, ROBINSON

/s/ Patrick Moriarty
PATRICK MORIARTY
Attorney for Defendants

**IT IS SO ORDERED**.

Dated: June 18, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE