PATRICK MORIARTY, State Bar No. 213185
pmoriarty@cmtrlaw.com
JOHN ROBINSON, State Bar No. 297065
jrobinson@cmtrlaw.com
CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, CA 94015
Telephone: (415) 213-4098

Attorneys for Defendant
CITY OF FAIRFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF ERIC NELSON, as Successor-in-interest to his father, Decedent, JEFF NELSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, and DOES 1-50;<br><br>Defendants. | Case No. 2:22-CV-01619-DJC-SCR<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>Hon. Daniel J. Calabretta<br><br>Trial: November 2, 2026 |

CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

**STIPULATION**

Plaintiff and Defendants, by and through their respective counsel of record, hereby stipulate and respectfully request that the Court continue the November 2, 2026 jury trial date to March 1, 2027, or March 8, 2027, subject to the Court's availability, and modify the related pretrial deadlines accordingly.

In support of this stipulation, the parties state as follows:

1. This matter is currently set for jury trial on November 2, 2026, at 8:30 a.m. before the Honorable Daniel J. Calabretta. (ECF Nos. 72, 73.)
2. At the September 3, 2026 final pretrial conference, the Court indicated that the trial date could be continued upon stipulation of the parties.
3. Officer Dennis Chapman is a named defendant. At the most recent pretrial conference, counsel for Defendants indicated that Chapman was off work due to an unknown leg injury. Since that time, counsel has learned the following. Chapman is 32 years old. On May 26, 2026, Chapman fell from a roof during a work operation. The fall caused Chapman to suffer from severe injuries to his head, back, and legs. Two hamstrings on one of his legs have been completely severed. Chapman is completely restricted from work, and his injuries could lead to a medical retirement. Chapman is currently assessing where surgery or a non-surgical intervention is the best option for his leg injury. Chapman is currently seeking a second opinion for surgical options. Chapman will be unavailable for trial in January 2027, but he believes he should be available for a short trial in March 2027.
4. The parties have met and conferred and agree that a continuance of the trial date to March 2027 is appropriate. The parties anticipate that trial will require approximately three court days.
5. The parties have identified March 1, 2027, and March 8, 2027, as potential trial dates, subject to the Court's availability.

6. The parties further request that the Court vacate the current pretrial filing deadlines of October 21 and October 26, 2026, and the October 29, 2026 final status conference, and establish new dates consistent with the continued trial date.
7. The requested continuance is made by agreement of the parties, in good faith, and not for purposes of delay.

Dated: October 13, 2026

CASTILLO MORIARTY ROBINSON, LLP

By: /s/ *Patrick Moriarty*
PATRICK MORIARTY
JOHN B. ROBINSON
Attorneys for Defendant
CITY OF FAIRFIELD

Dated: October 13, 2026

LAW OFFICE OF STANLEY GOFF

By: /s/ *Stanley Goff*
STANLEY GOFF
Attorneys for Plaintiff
ERIC NELSON

CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The jury trial currently scheduled for November 2, 2026, is VACATED and RESET for March 1, 2027, at 8:30 AM, before the Honorable Daniel J. Calabretta in Courtroom 7.
2. The October 21, 2026 and October 26, 2026 pretrial filing deadlines are VACATED.
3. The October 29, 2026 final status conference is VACATED and a final pretrial conference is SET for January 14, 2027, at 1:30 PM.
4. All corresponding pretrial deadlines shall be reset by further order of the Court.
5. All other provisions of the Pretrial Order (ECF No. 73) shall remain in effect.

IT IS SO ORDERED.

Dated: October 16, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

CASTILLO, MORIARTY, ROBINSON, LLP
75 Southgate Avenue
Daly City, California 94015